IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR33 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO CAMACHO PATINO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Clerk's Office has requested that Document Number 46 be stricken from the record for the following reason(s):

• No electronic stamp generated

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 46 from the record.  The party is directed to re-file the document.

DATED this 20th day of September, 2005.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge