IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR33** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **ROBERTO CAMACHO PATINO,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion for dismissal, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a) (Filing No. 52).

IT IS ORDERED:

1. The government's motion for dismissal (Filing No. 52) is granted; and

2. Leave of court is granted for the filing of the dismissal, without prejudice, of the Indictment against the Defendant, Roberto Camacho Patino.

Dated this 26th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge